**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------x

UNITED STATES OF AMERICA,

    -against-

DELMER GOWING,

                  Defendant.

------------------------------------x

ORDER

05 Crim. 782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government is directed to respond to Defendant's Motion for Retroactive Application of Amendment 821 by April 17, 2024.

Dated: New York, New York
       March 28, 2024

SO ORDERED.

*George B. Daniels*
GEORGE B. DANIELS
United States District Judge