UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

UNITED STATES OF AMERICA

-against-

DELMER GOWING,

              Defendant.

------------------------------------x

ORDER

05 Crim. 782-2 (GBD)

GEORGE B. DANIELS, United States District Judge:

    The Government's Letter Request (ECF No. 156) to adjourn the deadline to respond to Defendant's Motion for Retroactive Application of Amendment 821 is GRANTED. The deadline is extended from April 17, 2024, to May 1, 2024.

Dated: New York, New York
       April 18, 2024

SO ORDERED.

*George B. Daniels* (signature)
GEORGE B. DANIELS
United States District Judge